■ In the Matter of LUIS CAMACHO, Petitioner, v JOHN PRITCHARD, as Chief of the New York City Transit Police, et al., Respondents. [643 NYS2d 353] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent New York City Transit Police Department dated November 18, 1994, which adopted the findings of an Administrative Law Judge who, after a hearing, found the petitioner guilty of numerous specifications of neglect and misconduct, and dismissed him from his position as a transit police officer.

Adjudged that the determination is confirmed, and the proceeding is dismissed on the merits, with costs.

The determination under review is supported by substantial evidence (*see, Matter of Lahey v Kelly,* 71 NY2d 135; *Matter of Pell v Board of Educ.,* 34 NY2d 222). Furthermore, the penalty of dismissal was not so disproportionate to the offenses committed as to be shocking to one's sense of fairness (*see, Matter of Pell v Board of Educ., supra; Matter of Dabulis v New York City Tr. Auth.,* 222 AD2d 433; *Matter of Hickey v Bratton,* 180 AD2d 682; *see also, Matter of Brooks v Suardy,* 222 AD2d 502; *Matter of Ruggio v Hammill,* 207 AD2d 991).

The petitioner's remaining contentions are without merit. Rosenblatt, J. P., Miller, Pizzuto and Goldstein, JJ., concur.